**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

APR 30 2024

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 23-35067 |
| Plaintiff-Appellee, | D.C. No. 2:21-cv-01522-RAJ-BAT |
| v. | |
| ERIN M. LAFFERTY, | MEMORANDUM[*] |
| Defendant-Appellant, | |
| and | |
| KING COUNTY; WELLS FARGO BANK; JPMORGAN CHASE BANK, N.A.; FANNIE MAE; SEATTLE SAVINGS BANK, | |
| Defendants. | |

Appeal from the United States District Court
for the Western District of Washington
Richard A. Jones, District Judge, Presiding

Submitted April 22, 2024[**]

Before:     CALLAHAN, LEE, and FORREST, Circuit Judges.

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Erin M. Lafferty appeals pro se from the district court's judgment for the United States in its action to reduce to judgment federal income tax assessments against Lafferty for tax years 2006, 2007, 2008, and 2010, and to foreclose on federal tax liens on Lafferty's real property to satisfy the judgment. We dismiss the appeal as moot.

Lafferty's appeal is moot because Lafferty stipulated to the entry of judgment in favor of the United States and voluntarily sold the real property to satisfy her obligations. *See Holloway v. United States*, 789 F.2d 1372, 1373 (9th Cir. 1986) ("[A]n appeal will be dismissed as moot when events occur which prevent the appellate court from granting any effective relief even if the dispute is decided in favor of the appellant." (citation and internal quotation marks omitted)).

All pending motions are denied as moot.

**DISMISSED.**